UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL LEE MACIAS,

    Plaintiff,

v.                                                 Case No. 3:18cv1574-LC-HTC

CHAD EARLY, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 17, 2019 (doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' Motion to Dismiss (doc. 17) is **GRANTED**.

3. Plaintiff's claims against Defendants Early, Gaither, and Johnson are **DISMISSED**.

4. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

5. The clerk is directed to close this case.

**DONE AND ORDERED** this 15th day of August, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**